IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID KURZ, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FIDELITY MANAGEMENT & RESEARCH CO., et al., | ) ) ) |
| Defendants. | ) |

CAUSE NO. 07-592-WDS

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: August 21, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert. All future pleadings shall bear Cause No. 07-592-JPG.